# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EASTWOOD ENTERPRISES LLC, individually and on behalf of all others similarly situated, | ) ) ) Case No. 07-cv-01940-T-24MSS |
| Plaintiff, | ) ) Electronically filed |
| - against - | ) ) ) |
| TODD S. FARHA, PAUL L. BEHRENS and WELLCARE HEALTH PLANS INC., | ) ) ) ) |
| Defendants. | ) ) |
| GLENN HUTTON, individually and on behalf of all others similarly situated, | ) Case No. 07-cv-01993-JSM ) ) |
| Plaintiff, | ) ) |
| - against - | ) ) |
| WELLCARE HEALTH PLANS INC., TODD S. FARHA, and PAUL L. BEHRENS, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF THE PUBLIC PENSION FUNDS FOR (1) APPOINTMENT AS LEAD PLAINTIFFS, (2) APPROVAL OF THEIR SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

I, Gerald H. Silk, declare as follows:

1.      I am a member in good standing of the bar of the State of New York.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP.  I submit this declaration in support of the Motion filed by the New Mexico State Investment Council ("NMIC"), the Public Employees Retirement Association of New Mexico ("NMPERA, and with NMIC, the "New Mexico Funds"), the Teachers' Retirement System of Louisiana ("TRSL"), the Policemen's Annuity and Benefit Fund of Chicago ("Chicago Police"), and the Public School Teachers Pension & Retirement Fund of Chicago ("Chicago Teachers," and, collectively with the New Mexico Funds, TRSL, and Chicago Police, the "Public Pension Funds") for appointment as Lead Plaintiffs, approval of their selection of Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP to serve as Lead Counsel for the Class, and for consolidation of all related actions.

2.      Attached as Exhibits A through N are true and correct copies of the following documents:

Exhibit A:     Certification of the New Mexico Funds, with attached chart of the New Mexico Funds' transactions;

Exhibit B:     Certification of TRSL, with attached chart of TRSL's transactions;

Exhibit C:     Certification of Chicago Police, with attached chart of Chicago Police's transactions;

Exhibit D:     Certification of Chicago Teachers, with attached chart of Chicago Teachers' transactions;

Exhibit E:     Chart reflecting NMIC's transactions and losses;

Exhibit F:     Chart reflecting NMPERA's transactions and losses;

Exhibit G:     Chart reflecting TRSL's transactions and losses;

Exhibit H:     Chart reflecting Chicago Police's transactions and losses;

Exhibit I:     Chart reflecting Chicago Teachers' transactions and losses;

Exhibit J:     First notice of the pendency of this class action;

Exhibit K:     Subsequent notice of the pendency of this class action, expanding the class period;

Exhibit L:     Firm Biography of Bernstein Litowitz Berger & Grossmann LLP;

Exhibit M:     Firm Biography of Labaton Sucharow LLP; and

Exhibit N:     [Proposed] Order Appointing the Public Pension Funds as Lead Plaintiffs, Approving their Selection of Counsel as Lead Counsel for the Class, and Consolidating All Related Actions

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

knowledge.

Executed this 26th day of December, 2007.

_____/s/___Gerald H. Silk_____
                Gerald H. Silk