# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EASTWOOD ENTERPRISES LLC, individually and on behalf of all others similarly situated, | Case No. 8:07-cv-01940-SCB-MSS |
| Plaintiff, | Electronically filed |
| - against - | |
| TODD S. FARHA, PAUL L. BEHRENS and WELLCARE HEALTH PLANS INC., | |
| Defendants. | |
| GLENN HUTTON, individually and on behalf of all others similarly situated, | Case No. 8:07-cv-01993-SCB-TBM |
| Plaintiff, | |
| - against - | |
| WELLCARE HEALTH PLANS INC., TODD S. FARHA, and PAUL L. BEHRENS, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF GERALD H. SILK IN FURTHER SUPPORT OF THE MOTION OF THE PUBLIC PENSION FUNDS AND IN OPPOSITION TO ALL COMPETING MOTIONS**

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bar of the State of New York and a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this supplemental declaration in further support of the motion filed by the New Mexico State Investment Council (NMIC"), the Public Employees Retirement Association of New Mexico ("NMPERA," and with NMIC, the "New Mexico Funds"), the Teachers' Retirement System of Louisiana ("TRSL"), the Policemen's Annuity and Benefit Fund of Chicago ("Chicago Police"), and the Public School Teachers Pension & Retirement Fund of Chicago ("Chicago Teachers," and, collectively with the New Mexico Funds, TRSL and Chicago Police, the "Public Pension Funds") for appointment as Lead Plaintiff, approval of its selection of Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP to serve as Lead Counsel for the Class, for consolidation of all related actions and in opposition to all competing motions.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

- Exhibit A: Joint Declaration of David K. Thomson, Roy A. Mongrue, Jr., John J. Gallagher, Jr., and Kevin Huber in Support of the Motion of the Public Pension Funds for Appointment as Lead Plaintiff;

- Exhibit B: Order, *DavidCo Investors, LLC v. Anchor Glass*, No. 04-cv-2561-T-24- EAJ (M.D. Fla. Feb. 22, 2005);

- Exhibit C: Order Granting Cisco Investors Group's Motion to Consolidate and Appointment as Lead Plaintiff and Approval of Lead Counsel, *In re Cisco Sys., Inc. Sec. Litig.*, No. 5:01-cv-20418 JW (N.D. Cal. Nov. 14, 2001);

- Exhibit D: Order, *Police and Fire Retirement System of the City of Detroit v. SafeNet, Inc.*, 06 Civ. 5797 (PAC) (S.D.N.Y. Feb. 21, 2007);

                                                      2

<u>Exhibit E</u>:     Order, *Bellocco v. Uniroyal Tech. Corp.*, No. 8:02-CV-1141-T-27MAP (M.D. Fla. Sept. 30, 2002); and

<u>Exhibit F</u>:     Order, *Casden v. HPL Techs., Inc.*, No. C-02-3510 VRW (N.D. Cal. Sept. 29, 2003).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of January, 2008.

                                                                /s/   Gerald H. Silk
                                                                    Gerald H. Silk (GS-4565)