UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| EASTWOOD ENTERPRISES, LLC, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TODD S. FARHA, PAUL L. BEHRENS, and WELLCARE HEALTH PLANS, INC.,<br><br>Defendants. | Case No. 8:07-cv-01940-SCB-MSS |
| GLENN HUTTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLCARE HEALTH PLANS, INC., TODD S. FARHA and PAUL L. BEHRENS,<br><br>Defendants. | Case No. 8:07-cv-01993-JSM-TBM |

**MOTION AND SUPPORTING MEMORANDUM OF LAW FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF FULLER & THALER ASSET MANAGEMENT, INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF CHOICE OF LEAD COUNSEL AND CONSOLIDATION OF RELATED ACTIONS**

Fuller & Thaler Asset Management, Inc. ("Fuller & Thaler"), respectfully requests that this Court grant it leave to file a Reply Brief in Support of its Motion For Appointment as Lead Plaintiff, Approval of Choice of Lead Counsel and Consolidation of Related Actions (the "Fuller & Thaler Motion for Appointment"). This motion is made pursuant to Local Rule 3.01(c), and

1

#118587

on the grounds that opposition briefs filed in response to the Fuller & Thaler Motion for Appointment raised issues that were not addressed in the Memorandum of Law filed with the Fuller & Thaler Motion for Appointment. In support of this motion, Fuller & Thaler states:

1. Proposed Lead Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Central States") and New Mexico State Investment Council, the Public Employees Retirement Association of New Mexico, the Teacher' Retirement System of Louisiana, the Policemen's Annuity and Benefit Fund of Chicago, and the Public School Teachers Pension & Retirement Funds of Chicago (collectively, the "Public Pension Funds") both filed briefs opposing the Fuller & Thaler Motion for Appointment. In their opposition briefs, Central States and the Public Pension Funds raised issues not previously addressed by Fuller & Thaler, including the issue of Fuller & Thaler's disclosures, and whether Fuller & Thaler, as a professional asset manager, is suitable to serve as Lead Plaintiff.

2. Fuller & Thaler will limit its reply brief to responding to the new arguments raised by Central States and the Public Pension Funds. These arguments were not addressed in the Memorandum of Law filed by Fuller & Thaler in support of the Fuller & Thaler Motion for Appointment.

## MEMORANDUM IN SUPPORT OF MOTION

Local Rule 3.01(c) authorizes this Court to grant leave to file a reply brief upon motion of a party. Fuller & Thaler requests that it be permitted to file a reply brief, not to exceed ten (10) pages, to fully address the new issues raised by Central States and Public Pension Funds in their opposition briefs. No party will be prejudiced by granting the relief requested herein. Further, the Court is entitled to consider all the relevant facts before rendering a decision regarding leadership in this matter.

# CERTIFICATE UNDER LOCAL RULE 3.01(g)

The undersigned counsel certifies that they have conferred with opposing counsel in a good faith effort regarding this Motion and Supporting Memorandum of Law for Leave to File Reply Brief in Support Of Fuller & Thaler Asset Management, Inc.'s Motion for Appointment as Lead Plaintiff, Approval of Choice of Lead Counsel and Consolidation of Related Actions, and that the motion is necessary.

Dated: January 24, 2008

Respectfully submitted,

ADDISON & DELANO, P.A.

/s/ Michael C. Addison
Michael C. Addison
Florida Bar No. 0145579
Caryl E. Delano
Florida Bar No. 0040721
P.O. Box 2175
Tampa, FL 33601
Telephone: (813) 223-2000
Facsimile: (813) 228-6000

Local Counsel

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
Joseph M. Barton
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@gbcslaw.com
Email: jbarton@gbcslaw.com

*Attorneys for Lead Plaintiff Movant*
*Fuller & Thaler Asset Management, Inc.*

#118587

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will electronically serve the CM/ECF participants listed below.

/s/ Michael C. Addison
Michael C. Addison

**Michael C. Addison**
maddison@addisondelano.com,litigation1@addisondelano.com,dlesnek@addisondelano.com

**Laura E. Besvinick**
lbesvinick@hhlaw.com,mehelmick@hhlaw.com,gecata@hhlaw.com

**David C. Cimo**
dcimo@gjb-law.com,ctarrant@gjb-law.com

**City of Philadelphia Board of Pensions & Retirement**
ssanchez@efpalaw.com

**Leonard Selig Englander**
lenglander@efpalaw.com

**Fuller & Thaler**
maddison@addisondelano.com

**Scott Carter Ilgenfritz**
scotti@jpfirm.com,MinervaG@jpfirm.com,DebbieH@jpfirm.com

**George Henry Mernick , III**
ghmernick@hhlaw.com

**Kim E. Miller**
kim.miller@kgscounsel.com

**Public Pension Funds**
Scotti@jpfirm.com

**Jack Reise**
jreise@csgrr.com,e_file_fl@csgrr.com

**Carlos E. Sardi**
csardi@gjb-law.com

#118587