UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EASTWOOD ENTERPRISES, LLC,
individually and on behalf of all others
similarly situated,

      Plaintiff,

v.                                               Case No.  8:07-cv-1940-T-24 MSS

TODD S. FARHA, PAUL L. BEHRENS,
and WELLCARE HEALTH PLANS, INC.,

      Defendants.
_____/

## ORDER

      This cause comes before the Court on Plaintiff's unopposed motion regarding case management.  (Doc. No. 51).  In this motion, Plaintiff requests that the Court re-designate this a Track Three case, relieve counsel of the requirement of filing a case management report by May 27, 2008, and relieve Plaintiff from the requirement of moving for class certification by June 9, 2008.  The Court will grant these requests.

      Additionally, Plaintiff requests a preliminary pretrial conference to discuss an extension of the deadline for filing an amended complaint.  While the Court will set a status conference, as requested by the parties, the Court is not inclined to extend the deadline for filing an amended complaint.  Accordingly, a status conference will be held on **Tuesday, June 24, 2008 at 9:00 a.m.** before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602.  If counsel wants to appear telephonically at the hearing, he or she must file a motion to appear telephonically by June 19, 2008 and indicate the telephone number that he or she can be called at in order to be

telephonically connected into the hearing.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of May, 2008.

                                            SUSAN C. BUCKLEW
                                            United States District Judge

Copies to:
Counsel of Record