UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EASTWOOD ENTERPRISES, LLC, et al.,

    Plaintiffs,

v.                     Case No.: 8:07-CV-1940-T-33EAJ

TODD S. FARHA, et al.,

    Defendants.
_____/

## ORDER

Before the court are non-party Citrus Health Care, Inc.'s ("Citrus") **Motion Requesting Leave to File its Reply to Defendant, Thaddeus Bereday's Response to Citrus Health Care, Inc.'s Motion to Quash** (Dkt. 185) and Defendant Thaddeus Bereday's **Memorandum in Opposition** (Dkt. 186).

Because there is no need for further discussion of the issues raised in Citrus's motion, the motion is **DENIED.**

**DONE AND ORDERED** in Tampa, Florida on this 23rd day of March, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge