**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EASTWOOD ENTERPRISES, LLC, et al.,**

    **Plaintiffs,**

v.                                                                                                  Case No.: 8:07-CV-1940-T-33EAJ

**TODD S. FARHA, et al.,**

    **Defendants.**
_____/

**ORDER**

Before the court is the parties' **Consent Motion for Entry of Order for the Protection of Confidential and Privileged Information** (Dkt. 195). The parties have agreed to, and ask the court to adopt, the terms of a **Stipulation and Order for the Protection of Confidential and Privileged Information Produced by Deloitte & Touche LLP** (Dkt. 195 Ex. A).

Upon consideration, it is **ORDERED and ADJUDGED** that the Consent Motion for Entry of Order for the Protection of Confidential and Privileged Information (Dkt. 195) is **GRANTED.** The court finds good cause to issue this order. See Fed. R. Civ. P. 26(c). Additionally, the provisions of the Stipulation and Order for the Protection of Confidential and Privileged Information Produced by Deloitte & Touche LLP (Dkt. 195 Ex. A) are specifically incorporated by reference within this order.

However, contrary to any provision in the Stipulation and Protective Order, nothing in this order shall authorize any party to file under seal, absent further court order, any confidential discovery material with the Clerk of the Court or at trial, as such filings are subject to greater scrutiny due to the common law right to inspect and copy judicial records and public documents. See In re Alexander Grant & Co., 820 F.2d 352, 355 (11th Cir. 1987), aff'g 629 F. Supp 593, 597

(S.D. Fla. 1986). Further, the parties shall at all times be governed by Local Rule 1.09, M.D. Fla.

**DONE AND ORDERED** in Tampa, Florida on this 6th day of April, 2010.

_____
ELIZABETH A JENKINS
United States Magistrate Judge