# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EASTWOOD ENTERPRISES, LLC, et al.,**

    **Plaintiffs,**

**v.**                                                          **Case No.: 8:07-CV-1940-T-33EAJ**

**TODD S. FARHA, et al.,**

    **Defendants.**

_____/

## ORDER

<u>Motion</u>:    Non-party GrayRobinson's **Objections to and Motion to Quash or Modify Subpoena for Production of Documents** (Dkt. 168).

<u>Filing Date</u>:    February 15, 2010.

<u>Disposition</u>:    **GRANTED**.  At Defendant Thaddeus Bereday's request, the court extended the deadline for Bereday's response to April 2, 2010 (Dkt. 178).  Because Bereday has not filed a response and the time for doing so has elapsed, the motion is treated as unopposed.  <u>See</u> Local Rule 3.01(b), M.D. Fla.  Bereday's subpoena to GrayRobinson, served on February 12, 2010,  is **QUASHED**.

    **DONE AND ORDERED** in Tampa, Florida on this 23rd day of April, 2010.

_____
ELIZABETH A JENKINS
United States Magistrate Judge