**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| EASTWOOD ENTERPRISES, LLC Individually and on Behalf of All Others Similarly Situated, | : : : : | Case No.: 8:07-cv-1940-VMC-EAJ |
| Plaintiffs, | : : | |
| vs. | : : | |
| TODD S. FARHA, PAUL L. BEHRENS, THADDEUS BEREDAY, and WELLCARE HEALTH PLANS, INC., | : : : : | |
| Defendants. | : : | |

**DECLARATION OF MICHAEL STOCKER IN SUPPORT
OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Michael Stocker, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am of counsel to the law firm of Labaton Sucharow LLP, co-counsel for lead plaintiffs in the above-captioned action. I am a member in good standing of the Bar of the State of New York, and have permission to appear in this matter *pro hac vice* by Order of the Court dated June 18, 2008.

2. I make this declaration in support of the motion of the New Mexico State Investment Council, the Public Employees Retirement Association of New Mexico, the Teachers' Retirement System of Louisiana, the Policeman's Annuity and Benefit Fund of Chicago, and the Public School Teachers' Pension and Retirement Fund of Chicago (collectively, "Lead Plaintiffs"), pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and Local Rule 4.04, to have this action certified as a class action and to have

Lead Plaintiffs certified as Class Representatives. Submitted herewith is a true and correct copy of the following:

(a) Exhibit 1: Declaration of Nan E. Erdman, an Assistant Attorney General for the State of New Mexico, for the New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico.

(b) Exhibit 2: Declaration of Maureen H. Westgard, the Director of the Teachers' Retirement System of Louisiana.

(c) Exhibit 3: Declaration of John J. Gallagher, Jr., the Executive Director of the Policemen's Annuity and Benefit Fund of Chicago.

(d) Exhibit 4: Declaration of Kevin Huber, the Executive Director of the Public School Teachers' Pension and Retirement Fund of Chicago.

(e) Exhibit 5: Firm Resume of Labaton Sucharow LLP.

(f) Exhibit 6: Firm Resume of Bernstein Litowitz Berger & Grossmann.

(g) Exhibit 7: Declaration of John D. Finnerty, Ph.D.

(h) Exhibit 8: Defendant WellCare Health Plans, Inc.'s Deferred Prosecution Agreement with the U.S. Attorney for the Middle District of Florida and the Florida Attorney General.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2010.

                                                /s/ Michael Stocker_____
                                                Michael Stocker