**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| EASTWOOD ENTERPRISES, LLC, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TODD S. FARHA, PAUL L. BEHRENS, )<br>THADDEUS BEREDAY, and )<br>WELLCARE HEALTH PLANS, INC. )<br>)<br>Defendants. ) | Case No.: 8:07-cv-1940-T-33EAJ |

**DEFENDANTS TODD S. FARHA, PAUL L. BEHRENS, AND THADDEUS BEREDAY'S
RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants Todd S. Farha, Paul L. Behrens, and Thaddeus Bereday (the "Individual Defendants") respectfully submit this Response to Plaintiffs' Motion for Class Certification.

Without prejudice to the rights of any party to move to alter or amend an Order of Class Certification before entry of a final judgment on the merits, as permitted by Rule 23(c), and without admitting any alleged facts or conclusions of law set forth in Plaintiffs' Motion, Defendants do not oppose this Action proceeding as a Class Action and to the Class as defined below:

> All persons or entities who purchased or otherwise acquired the common stock of Defendant WellCare Health Plans, Inc. (together with its subsidiaries, "WellCare"), between February 14, 2005 and 10:59 a.m. Eastern Standard Time on October 24, 2007, when trading of WellCare's common stock on the New York Stock Exchange was halted (the "Class Period") and were damaged thereby. Excluded from the Class are: (1) all persons or entities who purchased or otherwise acquired WellCare's common stock during the Class Period and sold or otherwise disposed of such common stock during the Class Period; (2) Defendants Todd S. Farha ("Farha"), Paul L. Behrens ("Behrens") and Thaddeus Bereday ("Bereday") and members of their immediate families; (3) any entity in which Defendants WellCare, Farha, Behrens or Bereday had a controlling interest during the Class Period; (4) officers and directors of WellCare during the Class

1874263

>Period; and (5) the legal representatives, heirs, successors, or assigns of any of the excluded persons or entities who assert any interest in WellCare common stock through or on behalf of any of the excluded persons or entities.

From our communications with Plaintiffs' counsel over the last several weeks, it is the Individual Defendants' understanding that Plaintiffs are agreeable to the Class definition set forth above. The Individual Defendants attempted to negotiate a stipulation with Lead Plaintiffs, but the parties were unable to reach agreement.

By: /s/ Thomas C. Newkirk

| | |
|---|---|
| Thomas C. Newkirk, *Appearing Pro Hac Vice* | Douglas J. Titus, Jr. |
| Howard S. Suskin, *Appearing Pro Hac Vice* | Florida Bar No. 213756 |
| Michael K. Lowman, *Appearing Pro Hac Vice* | George & Titus, PA |
| JENNER & BLOCK LLP | Suite 1290 |
| 1099 New York Avenue, NW | 100 South Ashley Drive |
| Washington, DC  20001 | Tampa, FL  22602 |
| Telephone:   (202) 639-6000 | Telephone:   (813) 273-0355 |
| Facsimile:   (202) 639-6066 | Facsimile:   (813) 276-1515 |

*Counsel for Defendant Todd S. Farha*

By: /s/ Michael P. Matthews

Michael P. Matthews (FL Bar No. 063988)
Lauren Valiente (FL Bar No. 034775)
Foley & Lardner LLP
Suite 2700
100 North Tampa Street
Tampa, FL  33602
Telephone:   (813) 229-2300
Facsimile:   (813) 221-4210

*Attorneys for Paul L. Behrens*

By: /s/ Keith E. Eggleton

| | |
|---|---|
| Keith E. Eggleton, *Appearing Pro Hac Vice* <br> Dale R. Bish, *Appearing Pro Hac Vice* <br> Wilson Sonsini Goodrich & Rosati <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA  94304 <br> Telephone:  (650) 493-9300 <br> Facsimile:   (650) 565-5100 | Jack Fernandez <br> Florida Bar No. 843751 <br> Zuckerman Spaeder, LLP <br> Suite 1200 <br> 101 East Kennedy Boulevard <br> Tampa, FL  33602 <br> Telephone:  (813) 321-8215 <br> Facsimile:   (813) 223-7961 |

*Counsel for Defendant Thaddeus Bereday*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that he caused a copy of the foregoing Defendants Todd S. Farha, Paul L. Behrens, and Thaddeus Bereday's Response to Motion for Class Certification to be served via ECF on persons listed on the attached Service List on June 21, 2010.

/s/ Howard S. Suskin
Howard S. Suskin

## SERVICE LIST

**John H. Genovese**
**Carlos E. Sardi**
**David C. Cimo**
Genovese, Joblove & Battista, PA
44th Floor
100 SE 2nd Street
Miami, FL 33131-2311
305/349-2300
Fax: 305/349-2310
Email: csardi@gjb-law.com
Email: dcimo@gjb-law.com

**Kim E. Miller**
Kahn Swick & Foti, LLC
500 5th Ave., Suite 1810
New York, NY 10110
212/696-3732
Email: kimmiller225@yahoo.com

**Fuller & Thaler**
P.O. Box 2175
Tampa, FL 33629
813-223-2000
Fax: 813-228-6000
Email: maddison@addisondelano.com

**City of Philadelphia Board of Pensions & Retirement**
721 First Avenue North
St. Petersburg, FL 33701
727-898-7210
Fax: 727-898-7218
Email: ssanchez@efpalaw.com

**James W. Johnson**
**Thomas A. Dubbs**
**Michael W. Stocker**
**Joshua L. Crowell**
**Kelso Anderson**
Labaton Sucharow, LLP
34th Floor
140 Broadway
New York, NY 10005
212/907-0700
Fax: 212/818-0477
Email: jjohnson@labaton.com
Email: tdubbs@labaton.com
Email: mstocker@labaton.com
Email: jcrowell@labaton.com

**John Rizio-Hamilton**
**Laura Gundersheim**
**Steven B. Singer**
Bernstein, Litowitz, Berger & Grossmann, LLP
1285 Avenue of the Americas
New York, NY 10019
212/554-1400
Fax: 212/554-1444
Email: johnr@blbglaw.com
Email: LauraG@blbglaw.com
Email: steven@blbglaw.com

**Scott Carter Ilgenfritz**
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 E Madison St - Ste 400 (33602)
PO Box 1100
Tampa, FL 33602
813/225-2500 ext: 3208
Fax: 813/223-7118
Email: scotti@jpfirm.com

**Laura E. Besvinick**
Hogan Lovells US LLP
Suite 1900
1111 Brickell Ave
Miami, FL 33131-3142
305/459-6622
Fax: 305/459-6550
Email: lbesvinick@hhlaw.com

Hogan Lovells US LLP
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
212/918-3525
Fax: 212/918-3100
Email:dfwertheimer@hhlaw.com

**George Henry Mernick, III**
Hogan Lovells US LLP
555 13th St NW
Washington, DC 20004
202/637-5726
Fax: 202/637-5910
Email: ghmernick@hhlaw.com

**Jack Reise**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
Suite 500
120 E Palmetto Pk Rd
Boca Raton, FL 33432
561/750-3000
Fax: 561/750-3364
Email: jreise@csgrr.com

**Ronald Sturgis Holliday**
**Steven Douglas Knox**
DLA Piper US, LLP
Suite 2200
100 N Tampa St
Tampa, FL 33602-5809
813/229-2111
Fax: 813/371-1160
Email: ronald.holliday@dlapiper.com
Email: douglas.knox@dlapiper.com