# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| EASTWOOD ENTERPRISES, LLC, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No.: 8:07-cv-1940-T-33EAJ |
| TODD S. FARHA, PAUL L. BEHRENS, THADDEUS BEREDAY, and WELLCARE HEALTH PLANS, INC. ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS TODD S. FARHA, PAUL L. BEHRENS, AND THADDEUS BEREDAY'S UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 1.09, Defendants Todd S. Farha, Paul L. Behrens, and Thaddeus Bereday (the "Individual Defendants") respectfully move this Court to enter an Order permitting them to file under seal certain documents produced by WellCare relating to its internal investigation and excerpts of the deposition of Mr. Gary Clarke, to be set forth in a motion to compel and corresponding exhibits and declarations to be filed therewith. WellCare has designated these materials as Confidential pursuant to the protective order agreed to by the parties and entered by this Court. (Dkt. Nos. 164 & 165.) Filing these documents under seal allows the Individual Defendants to provide this Court and the parties to this litigation with necessary information relating to the motion to compel while protecting WellCare's claim to confidentiality. No party opposes this motion.

The information that the Individual Defendants seek to file under seal in this case all relates to the internal investigation undertaken by the Special Committee of WellCare's Board of Directors. It is necessary to the resolution of the Individual Defendants' motion to compel

because without it the Court could not understand the scope of WellCare's investigation or its disclosures of the investigation to third parties, both of which are essential to the privilege waiver issues presented by the motion. The information to be filed under seal includes descriptions of WellCare's internal investigation, witness lists and information about third parties who were interviewed in connection with the investigation, PowerPoint presentations regarding the investigation created by counsel to the Special Committee, and a memorandum discussing certain accounting issues that arose during the investigation. In each case, WellCare has designated these materials as Confidential pursuant to Paragraph 3 of the parties' agreed Protective Order, which was entered by this Court on January 25, 2010. (Dkt. Nos. 164 & 165.) WellCare also has indicated that it intends to designate those portions of the deposition of Mr. Clarke as Confidential in which documents that WellCare marked as Confidential were discussed.

The relief requested by the Individual Defendants is narrowly tailored to serve only WellCare's claim that these materials are Confidential, and no means other than sealing are readily available or satisfactory to preserve WellCare's asserted interests. Granting the relief would not impair or harm the public's interest because the information to be filed under seal does not impact public health or safety and does not concern an elected public official.

Accordingly, good cause exists in this circumstance for filing this information under seal. The Individual Defendants therefore respectfully request that this Court enter its Order permitting them to file their motion to compel and accompanying declarations and exhibits under seal and granting such other and further relief as this Court deems proper.

Dated: July 15, 2010

By: ___s/ Thomas C. Newkirk_____

| | |
|---|---|
| Thomas C. Newkirk, *Appearing Pro Hac Vice* | Douglas J. Titus, Jr. |
| Howard S. Suskin, *Appearing Pro Hac Vice* | Florida Bar No. 213756 |
| Michael K. Lowman, *Appearing Pro Hac Vice* | George & Titus, PA |
| JENNER & BLOCK LLP | Suite 1290 |
| 1099 New York Avenue, NW | 100 South Ashley Drive |
| Washington, DC  20001 | Tampa, FL  22602 |
| Telephone:   (202) 639-6000 | Telephone:   (813) 273-0355 |
| Facsimile:   (202) 639-6066 | Facsimile:   (813) 276-1515 |

*Counsel for Defendant Todd S. Farha*

By: ___s/ Michael P. Matthews_____

Michael P. Matthews (FL Bar No. 063988)
Lauren Valiente (FL Bar No. 034775)
Foley & Lardner LLP
Suite 2700
100 North Tampa Street
Tampa, FL  33602
Telephone:   (813) 229-2300
Facsimile:   (813) 221-4210

*Counsel for Defendant Paul L. Behrens*

By: ___s/ Keith E. Eggleton_____

| | |
|---|---|
| Keith E. Eggleton, *Appearing Pro Hac Vice* | Jack Fernandez |
| Dale R. Bish, *Appearing Pro Hac Vice* | Florida Bar No. 843751 |
| Wilson Sonsini Goodrich & Rosati | Zuckerman Spaeder, LLP |
| Professional Corporation | Suite 1200 |
| 650 Page Mill Road | 101 East Kennedy Boulevard |
| Palo Alto, CA  94304 | Tampa, FL  33602 |
| Telephone:   (650) 493-9300 | Telephone:   (813) 321-8215 |
| Facsimile:   (650) 565-5100 | Facsimile:   (813) 223-7961 |

*Counsel for Defendant Thaddeus Bereday*

## **RULE 3.01(g) CERTIFICATION**

Per Rule 3.01(g), Rules of the U.S. District Court for the Middle District of Florida, the Individual Defendants have consulted with counsel for the other parties to this action, who have no objection to this motion to seal.

                                                                          __s/ Thomas C. Newkirk_____
                                                                            Thomas C. Newkirk

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that he caused a copy of the foregoing Defendants Todd S. Farha, Paul L. Behrens, and Thaddeus Bereday's Unopposed Motion to Seal to be served via ECF to the individuals on the attached Service List on July 15, 2010.

                                                                                                              s/ Thomas C. Newkirk
                                                                                                             Thomas C. Newkirk

## SERVICE LIST

**John H. Genovese**
**Carlos E. Sardi**
**David C. Cimo**
Genovese, Joblove & Battista, PA
44th Floor
100 SE 2nd Street
Miami, FL 33131-2311
305/349-2300
Fax: 305/349-2310
Email: csardi@gjb-law.com
Email: dcimo@gjb-law.com

**Kim E. Miller**
Kahn Swick & Foti, LLC
500 5th Ave., Suite 1810
New York, NY 10110
212/696-3732
Email: kimmiller225@yahoo.com

**Fuller & Thaler**
P.O. Box 2175
Tampa, FL 33629
813-223-2000
Fax: 813-228-6000
Email: maddison@addisondelano.com

**City of Philadelphia Board of Pensions & Retirement**
721 First Avenue North
St. Petersburg, FL 33701
727-898-7210
Fax: 727-898-7218
Email: ssanchez@efpalaw.com

**James W. Johnson**
**Thomas A. Dubbs**
**Michael W. Stocker**
**Joshua L. Crowell**
**Kelso Anderson**
Labaton Sucharow, LLP
34th Floor
140 Broadway
New York, NY 10005
212/907-0700
Fax: 212/818-0477
Email: jjohnson@labaton.com
Email: tdubbs@labaton.com
Email: mstocker@labaton.com
Email: jcrowell@labaton.com

**John Rizio-Hamilton**
**Laura Gundersheim**
**Steven B. Singer**
Bernstein, Litowitz, Berger & Grossmann, LLP
1285 Avenue of the Americas
New York, NY 10019
212/554-1400
Fax: 212/554-1444
Email: johnr@blbglaw.com
Email: LauraG@blbglaw.com
Email: steven@blbglaw.com

**Scott Carter Ilgenfritz**
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 E Madison St - Ste 400 (33602)
PO Box 1100
Tampa, FL 33602
813/225-2500 ext: 3208
Fax: 813/223-7118
Email: scotti@jpfirm.com

**Laura E. Besvinick**
Hogan Lovells US LLP
Suite 1900
1111 Brickell Ave
Miami, FL 33131-3142
305/459-6622
Fax: 305/459-6550
Email: lbesvinick@hhlaw.com

Hogan Lovells US LLP
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
212/918-3525
Fax: 212/918-3100
Email:dfwertheimer@hhlaw.com

**George Henry Mernick, III**
Hogan Lovells US LLP
555 13th St NW
Washington, DC 20004
202/637-5726
Fax: 202/637-5910
Email: ghmernick@hhlaw.com

**Jack Reise**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
Suite 500
120 E Palmetto Pk Rd
Boca Raton, FL 33432
561/750-3000
Fax: 561/750-3364
Email: jreise@csgrr.com

**Ronald Sturgis Holliday**
**Steven Douglas Knox**
DLA Piper US, LLP
Suite 2200
100 N Tampa St
Tampa, FL 33602-5809
813/229-2111
Fax: 813/371-1160
Email: ronald.holliday@dlapiper.com
Email: douglas.knox@dlapiper.com