UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EASTWOOD ENTERPRISES, LLC,
Individually and on Behalf
of All Others Similarly Situated,

       Plaintiffs,

vs.                                                                CASE NO.:  8:07-cv-1940-T-33EAJ

TODD S. FARHA, PAUL L. BEHRENS,
THADDEUS BEREDAY and
WELLCARE HEALTH PLANS, INC.,

       Defendants.

_____/

## NOTICE OF WITHDRAWAL FROM CASE AND
## REQUEST TO STOP ELECTRONIC NOTICE

The following attorney withdraws his Notice of Appearance on behalf of Mr. Paul Behrens and requests that the Clerk remove him from the electronic filing notice and mailing matrix as follows:

Hugh D. Higgins
101 East Kennedy Boulevard
Bank of America Plaza – Suite 3100
Tampa, FL 33602

Please note that Messrs. John F. Lauro, Michael P. Matthews and other counsel who have noticed an appearance on behalf of Mr. Behrens will remain as counsel for Mr. Behrens in this matter.

Respectfully Submitted:

**LAURO LAW FIRM**

     /s/Hugh D. Higgins
Hugh D. Higgins, Esq. (FL Bar 44162)
101 East Kennedy Boulevard, Suite 3100
Tampa, Florida 33602
P:  813 222 8990 / F:  813 222 8991
E-mail: hhiggins@laurolawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2013, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


                                    /s/Hugh D. Higgins
                                    Hugh D. Higgins