UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EASTWOOD ENTERPRISES, LLC,
Individually and on Behalf
of All Others Similarly Situated,

      Plaintiffs,

vs.                                    CASE NO.: 8:07-cv-1940-T-33EAJ

TODD S. FARHA, PAUL L. BEHRENS,
THADDEUS BEREDAY and
WELLCARE HEALTH PLANS, INC.,

      Defendants.
_____/

**MOTION TO WITHDRAWAL APPEARANCE OF HUGH D. HIGGINS**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

      Pursuant to Local Rule 2.03, the undersigned hereby moves the Court to withdraw the appearance of attorney Hugh D. Higgins and to stop electronic notices from being sent to him. Mr. Higgins is no longer with the Lauro Law Firm, and the case remains with the Lauro Law Firm.

                              Respectfully Submitted:

                              **LAURO LAW FIRM**

                                /s/John F. Lauro
                              John F. Lauro, Esq. (FL Bar 794074)
                              101 East Kennedy Boulevard, Suite 3100
                              Tampa, Florida 33602
                              P:  813 222 8990 / F:  813 222 8991
                              E-mail: jlauro@laurolawfirm.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 8, 2013, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/John F. Lauro
                John F. Lauro

5764688.1