UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EASTWOOD ENTERPRISES, LLC, <u>et al.</u>,**

    **Plaintiffs,**

v.                                          Case No. 8:07-CV-1940-T-33EAJ

**TODD S. FARHA, <u>et al.</u>,**

    **Defendants.**
_____/

## ORDER

Before the Court is the Lauro Law Firm's **Motion to Withdrawal Appearance of Hugh D. Higgins and Request to Stop Electronic Notice** (Dkt. 292) filed on May 8, 2013. The Lauro Law Firm seeks an order withdrawing Hugh D. Higgins as counsel for Defendant Paul L. Behrens. Mr. Higgins is no longer with the Lauro Law Firm, and Defendant Paul L. Behrens will continue to be represented by the Lauro Law Firm and other counsel of record.

Accordingly and upon consideration, it is **ORDERED and ADJUDGED** that:

(1) Lauro Law Firm's Motion to Withdrawal Appearance of Hugh D. Higgins and Request to Stop Electronic Notice (Dkt. 292) is **GRANTED.**

**DONE AND ORDERED** in Tampa, Florida on this 9th day of May, 2013.

ELIZABETH A JENKINS
United States Magistrate Judge